**O**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DARRELL HAYNES, | ) | CASE NO. CV 11-10197 GAF (RZ) |
| Petitioner, | ) | |
| | ) | JUDGMENT |
| vs. | ) | |
| G.D. LEWIS, WARDEN, | ) | |
| Respondent. | ) | |

This matter came before the Court on the Petition of DARRELL HAYNES, for a writ of habeas corpus. Having reviewed the Petition and supporting papers, and having accepted the findings and recommendation of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed with prejudice.

DATED: December 20, 2012

GARY A. FEESS
UNITED STATES DISTRICT JUDGE